

FILED IN OPEN COURT
ON 6-13-2023
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
Jm

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-184

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| RICK DERRELL MCINTYRE | ) | [UNDER SEAL] |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about 2018, the exact date being unknown to the Grand Jury, and continuing up to and including the date of this Indictment, in the Eastern District of North Carolina, and elsewhere, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO

On or about September 16, 2021, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

1

## COUNT THREE

On or about September 22, 2021, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about September 27, 2021, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about October 4, 2021, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about October 18, 2021, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about November 8, 2021, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

On or about November 29, 2021, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

On or about December 13, 2021, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

On or about February 1, 2022, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3

## COUNT ELEVEN

On or about March 9, 2022, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

On or about April 18, 2022, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

On or about June 9, 2022, in the Eastern District of North Carolina, the defendant, RICK DERRELL MCINTYRE, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, and did aid and abet another in so doing, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Forfeiture Money Judgment:

a) A sum of money representing the gross proceeds of the offense(s) charged herein against RICK DERRELL MCINTYRE, in the amount of at least $1,000,000.00.

5

Personal Property:

a) A 2022 Cadillac Escalade bearing North Carolina Registration Number TJW-8043 with vehicle identification number 1GYS4PKLXNR142205.

b) A 2021 Mercedes-Benz GLE 350 bearing North Carolina Registration Number DCF-8841 with vehicle identification number 4JGFB4JB1MA359073.

Real Property

a) Real property having the physical address of 416 S. Bragg Boulevard, Spring Lake, North Carolina 28390, including any and all appurtenances and improvements thereto, being titled to Brilliant Investment Growth, LLC and legally described in deed book 010901, page 00182 of the Cumberland County, North Carolina Registry, and any and all proceeds from the sale of said property.

b) Real property having the physical address of 6523 Tareyton Road, Fayetteville, North Carolina, 28314, including any and all appurtenances and improvements thereto, being titled to Brilliant Investment Growth, LLC, and legally described in deed book 010901, page 00182, of the Cumberland County, North Carolina Registry, and any and all proceeds from the sale of said property.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond

6

the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 06/13/2023

MICHAEL F. EASLEY, JR.
United States Attorney

BY: CAROLINE L. WEBB
Assistant United States Attorney

7