IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CR-00184-D-RJ

UNITED STATES OF AMERICA

v.

RICK MCINTYRE

:  23 M 580

:  **NOTICE OF LIS PENDENS**

:

:

Property addresses:

416 Bragg Blvd
Spring Lake, NC 28390

and

6523 Tareyton Road
Fayetteville NC 28314

GRANTEE: BRILLIANT INVESTMENT GROWTH, LLC, A WYOMING LIMITED
LIABILITY COMPANY

TO:  ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE
DEFENDANT AND/OR GRANTEE ANY INTEREST IN THE REAL
PROPERTY DESCRIBED IN EXHIBIT ONE ATTACHED HERETO

Pursuant to N.C. Gen. Stat. § 1-116, NOTICE is hereby given that the above-

referenced action (the "Action") has been commenced in the United States District

Court for the Eastern District of North Carolina that affects title to the real property

described in the deed attached hereto as **Exhibit 1** (the "Property"). Pursuant to

this Action, the Property is subject to forfeiture to the United States of America

pursuant to 21 U.S.C. § 853(a).

1

Case 5:23-cr-00184-D-RJ    Document 29    Filed 07/12/23    Page 1 of 8

For further information concerning the above-captioned action, reference should be made to the records of the Clerk of Court for the United States District Court at Raleigh, North Carolina.

Respectfully submitted this 23ʳᵈ day of June, 2023.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: _____
MATTHEW L. FESAK
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: matthew.fesak@usdoj.gov
NC State Bar #35276
Attorney for Plaintiff

2

FILED ELECTRONICALLY
CUMBERLAND COUNTY NC
J. LEE WARREN, JR.

| | |
|---|---|
| FILED | Oct 13, 2020 |
| AT | 10:35:37 AM |
| BOOK | 10901 |
| START PAGE | 0182 |
| END PAGE | 0186 |
| INSTRUMENT # | 37806 |
| RECORDING | $26.00 |
| EXCISE TAX | $0.00 |

# NORTH CAROLINA GENERAL WARRANTY DEED

File No.: JJ-X29264-20-JJ

Excise Tax: $0.00          NO TITLE EXAMINATION MADE

Parcel Identifier No. 0501-40-6909 et al Verified by _____ County on the ____ day of _____, 20 ___
By: _____

Mail/Box to: Brilliant Investment Growth, LLC, 30 N. Gould St Ste R, Sheridan, WY  82801

This instrument was prepared by: The Real Estate Law Firm, 2919 Breezewood Avenue, Suite 300, Fayetteville, NC 28303

Brief description for the Index: Pt Lot 4 Shaw Subdiv et al

THIS DEED made this 6th day of October, 2020, by and between

| GRANTOR | GRANTEE |
|---|---|
| Logical Investments, LLC, a NC limited liability company<br>537 Jennings Farm Road<br>Fayetteville, NC  28314 | Brilliant Investment Growth, LLC, a Wyoming limited liability company<br>30 N Gould St, Ste R<br>Sheridan, WY  82801 |

Enter in appropriate block for each Grantor and Grantee: name, mailing address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context. WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot, parcel of land or condominium unit situated in or near the City of Spring Lake, Manchester Township, Cumberland County, North Carolina and more particularly described as follows:

**TRACT I:**
BEING all of Lot Number 4 in the subdivision known as PROPERTY OF FRED WILSON & J. A. SHAW, according to a plat of the same duly recorded in Plat Book 8, Page 72, Cumberland County, NC, Registry.

Parcel ID: 0501-83-2832
Property Address: 416 Bragg Blvd, Spring Lake, NC  28390
The property hereinabove described was acquired by Grantor by instrument recorded in Book 9763 Page 379.
All or a portion of the property herein conveyed ____ includes or __x__ does not include the primary residence of a Grantor.
A map showing the above described property is recorded in Plat Book 8 Page 72.

(Continued on Exhibit "A", attached hereto and incorporated herein by reference)

GOVERNMENT
EXHIBIT
1

1

NC Bar Association Form No. 3 © 1976, Revised © 1/1/2010, 2013
Printed by Agreement with the NC Bar Association

This standard form has been approved by:
North Carolina Bar Association - NC Bar Form No. 3

Submitted electronically by "Single Source Real Estate Services"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Cumberland County Register of Deeds.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple. And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

Subject to restrictive covenants, easements and rights-of-way as they may appear of public record.

Subject to ad valorem taxes which are a lien but not yet due and payable.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

Logical Investments, LLC, a NC limited liability company
(Entity Name)

By: _Rich McIntyre_
Print/Type Name & Title: Rick McIntyre, Member/Manager

By: _____
Print/Type Name & Title: _____

By: _____
Print/Type Name & Title: _____

Print/Type Name: _____ (SEAL)

Print/Type Name: _____ (SEAL)

Print/Type Name: _____ (SEAL)

Print/Type Name: _____ (SEAL)

State of North Carolina – County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _____ day of October, 2020.

My Commission Expires: _____

_____
Notary Public

State of North Carolina – County of _Cumberland_

I, the undersigned Notary Public of the County and State aforesaid, certify that _Rick McIntyre_ personally came before me this day and acknowledged that he is the _member/manager_ of _Logical Investments, LLC_, a North Carolina limited liability company, and that by authority duly given and as the act of such entity, _____ he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this _07_ day of October, 2020.

My Commission Expires: _01 April 2023_

_____
Notary Public

C Darrell Matthews
Notary Public
Cumberland County, NC
My Commission Expires: April 1, 2023

State of North Carolina – County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____

_____

Witness my hand and Notarial stamp or seal, this _____ day of _____, 20_____.

My Commission Expires: _____

_____
Notary Public

The foregoing Certificate(s) of _____
is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ Register of Deeds for _____ County

By: _____ Deputy/Assistant –Register of Deeds

2

NC Bar Association Form No. 3 © 1976, Revised © 1/1/2010, 2013
Printed by Agreement with the NC Bar Association

This standard form has been approved by:
North Carolina Bar Association - NC Bar Form No. 3

EXHIBIT "A"

Tract II:

BEGINNING at an iron stake in the southeastern right-of-way margin of Tareyton Road; South 47 degrees 24 minutes West 5.00 feet from the northernmost corner of Lot 41 of the Marlboro Subdivision as shown on the aforesaid recorded Plat, and runs thence along the southeastern margin of Tareyton Road, north 47 degrees 24 minutes East 68.86 feet to the p.c. of a curve; and runs thence along the southeastern margin of Tareyton Road as same curves to the right on a curve the radius of which is 25.0 feet to intersect with the southwestern margin of Bunce Road, an arc distance of 39.26 feet to the p.t. of said curve on the southwestern margin of Bunce Road; and runs thence along the southwestern margin of Bunce Road, South 42 degrees 35 minutes East 41.02 feet to an iron stake; and runs thence continuing along the southwestern margin of Bunce Road, South 42 degrees 37 minutes 45 seconds East 120.25 feet to an iron stake in said road margin; and runs thence South 56 degrees 07 minutes 37 seconds West 95.07 feet; North 42 degrees 35 minutes West 171.85 feet to an iron stake in the southeastern margin of Marlboro Road, THE POINT OF BEGINNING

PIN: 0407-11-8637
Property Address: 1010 Bunce Road, Fayetteville, NC 28314-0527
The property hereinabove described was acquired by Grantor by instrument recorded in Book 10605, Page 576.
All or a portion of the property herein conveyed _____ includes __x__ does not include the primary residence of a Grantor.

Tract III:

Being all of Lot 53 in the subdivision known as Marlboro Subdivision, according to a plat of the same duly recorded in Plat Book 32, Page 5, Cumberland County, NC, Registry.

PIN: 0407-01-9455
Property Address: 6523 Tareyton Road, Fayetteville, NC
The property hereinabove described was acquired by Grantor by instrument recorded in Book 9840, Page 164.
All or a portion of the property herein conveyed _____ includes __x__ does not include the primary residence of a Grantor.

Tract IV:

Part A:

BEGINNING at an iron stake, the northwest corner of the original tract of which this is a part, and running thence with the northern line of said tract, North 51 degs 30' East 152 feet to a stake, the northeast corner of said original tract; thence with the eastern line of said tract, South 38 degs 30' East 158 feet to a stake in the center line of the old Plank Road; thence with the center line of said Plank Road, South 49 degs West 131 feet to a stake in the western line of which this is a part; thence with the western line of said tract, North 38 degs 30' West 192 feet to the beginning; and being a part of a certain tract of land described in a deed from Mrs. Nellis Black, a widow, to Roosevelt Koonce and wife, dated Jan. 21, 1941; and being also the same land conveyed by Koonce and wife to C.R. Gilmore, by deed recorded in Book #437, page 199; and by Gilmore and wife, conveyed to the parties of the first part herein, by deed dated November 12th, 1943, as appears of record in the office of the Register of Deeds for Cumberland County, North Carolina.

To all of which said deeds, and the deeds therein referred to, reference is hereby made for further description and history of title.

Part B:

BEING a part of the lands of Donald Earl Wheeler and Durell Robert Wheeler recorded in Book 2409, Page 831, Cumberland County records, and this description covers the Northwestern part of this tract.

The beginning and control corner is the original Northeast corner of the tract of which this is a part and being also the Northwest corner of Roosevelt Koonce home lot, and running thence with Roosevelt Koonce line South 40 degrees East 152 feet to an iron stake in said line; thence a division line, South 50 degrees West 39.6 feet to an iron stake in the original first line of the tract of which this is a part; thence with the original first line of the tract of which this is a part, North 40 degrees West 151 feet to a stake in the line of Lot No. 3; thence with the line of Lot No. 3; North 50 degrees East 39.6 feet to the beginning, and being a part of the land described in a deed dated September 28, 1973 from Margaret Faircloth, divorced, to Durel Robert Wheeler and Donald Earl Wheeler, recorded in Book 2409, Page 831, Cumberland County records. According to a survey by Hugh McCormick, Surveyor. Being the same land described in deed dated December 5, 1977, from Donald Earl Wheeler and wife, Janet S. Wheeler, to Durel Robert Wheeler and wife, Anna S. Wheeler, recorded in Book 2631, Page 161, Cumberland County. Registry.

Part-G:

ON THE SOUTHEAST SIDE OF THE OLD SOUTHERN PLANK ROAD:

BEGINNING at a stake in the southern line of the original tract, at a point 264 feet west of the southern corner of said original tract, and running thence with the southern line of said tract, West 165 feet to a stake; thence North 38 degs. 30' West 138 feet to the middle of the old Southern Plank Road; thence with said road, North 49 degs. East 131 feet to a stake in the eastern line of the one acre of which it is a part; thence with said line, South 38 degs. 30' East 224.5 feet to the beginning, containing about one-half an acre, more or less, and lying on the southeast side of the old Southern Plank Raod. And being the second tract of land described in a deed from Roosevelt Koonce and wife, to Bertha Leviner, party of the first part, dated September 13th 1943, and registered in the office of the Register of Deeds for Cumberland County, North Carolina, in Book #457, page 222.

Bertha Leviner, party of the first part, was formerly married to to L. F. Koonce, but has now been divorced by a proceeding lately pending in the Superior Court of Cumberland County, North Carolina; and she is now unmarried, and has assumed her maiden name.

PIN: 0425-58-8371 & 0425-58-7445

Property Address: 935 & 936 Raincloud Road, Fayetteville, NC

The property hereinabove described was acquired by Grantor by instrument recorded in Book 9843, Page 824.

All or a portion of the property herein conveyed _____ includes __x__ does not include the primary residence of a Grantor.

<u>CERTIFICATE OF SERVICE</u>

I certify that I have on this 12th day of July, 2023, served a copy of the foregoing

Notice Of Lis Pendens upon counsel electronically via ECF:

Kevin Matthew Marcilliat
Roberts, Marcilliat & Mills, PLLC
Email: kevin@robertslawteam.com

        MICHAEL F. EASLEY, JR.
        United States Attorney

        BY:  /s/ <u>Matthew L. Fesak</u>
            MATTHEW L. FESAK
        Assistant United States Attorney
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar #35276
        Attorney for Plaintiff

1